PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Keith Lamont HOLLOWAY |
| **Docket Number:** | 2:03CR00557-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>Chief United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 04/08/2005 |
| **Original Offense:** | 21 USC 841(a)(1) - Distribution of Cocaine Base (CLASS C FELONY) |
| **Original Sentence:** | 65 months custody of the Bureau of Prisons with a 48-month term of supervised release to commence upon release; $100 special assessment. |
| **Special Conditions:** | Warrantless search; Drug/alcohol treatment and testing; Aftercare co-payment; Cooperate in DNA collection. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 09/28/2007 |
| **Assistant U.S. Attorney:** | Kenneth J. Melikian     **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Steven D. Bauer (Appointed)     **Telephone:** (916) 447-8262 |
| **Other Court Action:** | None |

RE:   Keith Lamont HOLLOWAY
      Docket Number:   2:03CR00557-01
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   ILLICIT DRUG USE (DATES) - (11/06/2007 & 12/04/2007)**

**Details of alleged non-compliance:** On September 28, 2007, the offender released from custody to his parent's home in Stockton, California. On November 6 and December 4, 2007, Mr. Holloway submitted urine samples that returned positive for marijuana, and the offender admitted his drug use. All subsequent urine samples have returned negative. At the time of the positive tests, the probation officer was cognizant Mr. Holloway's relationship with his parents was tumultuous. The probation officer informed the offender a recommendation would not immediately be made to the Court, so his behavior could be monitored by the probation officer. Mr. Holloway has since moved out of his parent's home, secured employment, and as noted, has not submitted a positive urine sample since December 2007.

**United States Probation Officer Plan/Justification:** The offender is now compliant in all areas of his supervision. It is respectfully recommended the Court take judicial notice of Mr. Holloway's violation behavior, and no further action be taken at this time.

Respectfully submitted,

/s/ Casey Horner, Sr.

**CASEY HORNER, SR.**
**Senior United States Probation Officer**
Telephone:  (209) 574-9481

RE:    Keith Lamont HOLLOWAY
        Docket Number:   2:03CR00557-01
        **REPORT OF OFFENDER NON-COMPLIANCE**

DATED:    May 6, 2008
             Modesto, California
             CKH:lr

REVIEWED BY:    /s/ Deborah A. Spencer
                       DEBORAH A. SPENCER
                       Supervising United States Probation Officer

**THE COURT ORDERS:**

(X)    The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )    Submit a Request for Modifying the Conditions or Term of Supervision.

( )    Submit a Request for Warrant or Summons.

( )    Other:

**Dated: May 6, 2008**

GARLAND E. BURRELL, JR.
United States District Judge

**RE:   Keith Lamont HOLLOWAY**
      **Docket Number:   2:03CR00557-01**
      **REPORT OF OFFENDER NON-COMPLIANCE**

cc:   United States Probation
      Kenneth J. Melikian, Assistant United States Attorney
      Steven D. Bauer, Assistant Federal Defender