**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **KEITH L. HOLLOWAY**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>  )<br>        Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>**KEITH L. HOLLOWAY**,  )<br>  )<br>        Defendant,  )<br>_____ ) | Crim. S-03-557 GEB<br><br>**SUBSTITUTION OF COUNSEL** |

The defendant herein requests that he be allowed to substitute Steven D. Bauer as his attorney in the above captioned matter, in place of Timothy Zindel, Assistant Federal Defender.

Dated:  May 17, 2011                                   / s / Keith L. Holloway
                                                                      Keith L. Holloway, Defendant

I accept his representation.

Dated:  May 17, 2011                                   / s / Steven D. Bauer
                                                                      Steven D. Bauer, Substitute Counsel

A agree to the requested substitution.

Dated:  May 17, 2011                                   / s / Timothy Zindel
                                                                      Timothy Zindel, AFPD

(Order Approving Substitution on Following Page)

**IT IS SO ORDERED**

Dated:  May 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge